# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00351-CV

**In re Rebecca Allred, et al.**

### ORIGINAL PROCEEDING FROM SCHLEICHER COUNTY

**PER CURIAM**

## M E M O R A N D U M   O P I N I O N

This petition for writ of mandamus is dismissed on relators' motion. All pending motions are dismissed along with the petition.

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed: June 12, 2008